## HORSE INJURED BY FALLING OVER PILE OF BRICK IN STREET.

Circuit Court of Cuyahoga County.

C. S. HORNER v. JOHN M. SPENCE ET AL.

Decided, June 14, 1909.

*Municipal Corporation—Nuisance in Street—Notice Necessary.*

A municipal corporation is not liable for damages resulting from collision with a pile of bricks negligently left in the street where there is no evidence to show that the city had either actual or constructive knowledge that the bricks were in the street.

*Wm. H. Miller,* for plaintiff in error.
*N. D. Baker* and *Frank E. Stevens,* contra.

WINCH, J.; HENRY, J., and MARVIN, J., concur.

Horner sued Spence Brothers and the city of Cleveland for damages sustained to his horse and cutter by reason of running onto a small pile of bricks in the street covered up by snow so that he did not see it. Spence Brothers were dismissed out of the suit, and, upon submision of plaintiff's evidence as to the liability of the city, the trial court directed a verdict in its favor, on the ground that the plaintiff had failed to show who left the bricks in the street or that they had been there for any length of time before the accident.

There being nothing in the case to show that the city had actual or constructive notice of this nuisance in the street, the order of the trial judge was clearly right.

See cases cited in the Encyclopedia Digest of Ohio Reports, under the title "Streets and Highways," subheading, "Liability for Defective or Unsafe Streets and Highways. Notice of Defects," Vol. 13, page 392.

Judgment affirmed.